**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| FREEDOM OF THE PRESS FOUNDATION, <br><br>     *Plaintiff*, <br> v. <br><br> DEPARTMENT OF JUSTICE <br><br>     *Defendant.* | Case No. 26-cv-2021 |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Freedom of the Press Foundation, by and through its counsel, hereby gives notice of its voluntary dismissal of this case. Defendant has not yet served an answer or moved for summary judgment. Under Rule 41(a)(1)(B), such dismissal is without prejudice.

Respectfully submitted on June 26, 2026

s/ *Kevin H. Bell_____*

Kevin H. Bell
DC Bar # 90015600
kevin@freeinformationgroup.com

Free Information Group, PLLC
1100 13th St. NW, Ste. 800
Washington, DC 20005
(202) 946-3642
Attorneys for Plaintiff